**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AXG Roofing, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>RB Global, Inc., et al,<br><br>Defendant(s). | Case No. 25-cv-3487<br>Judge Sara L. Ellis |

## **ORDER**

Motions for leave to proceed pro hac vice [23], [24], [25], [33], [34], and [36] are granted.

Date: 4/11/2025 /s/ Sara L. Ellis