UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AXG ROOFING, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>RB GLOBAL, INC., et al.,<br><br>        Defendants. | Case No. 1:25-cv-03487<br><br>Hon. Sara L. Ellis |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES BY DEFENDANTS RB GLOBAL, INC. AND ROUSE SERVICES, LLC**

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendants RB Global, Inc. and Rouse Services, LLC, by and through their undersigned counsel, state as follows:

1. Rouse Services, LLC is an indirect, wholly-owned subsidiary of RB Global, Inc.

2. RB Global, Inc. is a publicly-traded company, has no parent corporation, and the following entities own 5% or more of its stock: The Vanguard Group, Inc.; BlackRock, Inc.; Independent Franchise Partners, LLP; and Massachusetts Financial Services Company.

- 2 -

Dated: April 16, 2025                                           Respectfully submitted,

VINSON & ELKINS LLP

 /s/ *Stephen M. Medlock*
Stephen M. Medlock
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com

Michael W. Scarborough (*pro hac vice* forthcoming)
Dylan I. Ballard (*pro hac vice* forthcoming)
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Nicole L. Castle (*pro hac vice* forthcoming)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*Attorneys for Defendants*
RB GLOBAL, INC. and
ROUSE SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, the foregoing document was electronically filed through the Court's CM/ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Stephen M. Medlock*
Stephen M. Medlock