**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AXG Roofing, LLC,

Plaintiff(s),

v.

RB Global, Inc., et al,

Defendant(s).

Case No.  25-cv-3487
Judge Sara L. Ellis

**<u>ORDER</u>**

Motions for leave to proceed pro hac vice [38],[39],[42],[43],[44] are granted.

Date:  4/17/2025                              /s/ Sara L. Ellis