**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AXG ROOFING, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RB GLOBAL, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-03487<br><br>Hon. Sara L. Ellis |

**PARTIES' JOINT AND UNOPPOSED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

　　1.　　Plaintiff AXG Roofing, LLC ("Plaintiff") and Defendants RB Global, Inc., Rouse Services, LLC, United Rentals, Inc., Sunbelt Rentals, Inc., HERC Rentals Inc., HERC Holdings Inc., H&E Equipment Services, Inc. and Sunstate Equipment Co., LLC (collectively, "Defendants") (Plaintiff and Defendants together, "the Parties") hereby respectfully request that this Court enter an Order extending Defendants' deadline to answer or otherwise respond to Plaintiff's Class Action Complaint (the "Complaint") to June 9, 2025. This is the first request for an extension of time for this action.

　　In support of this Motion, the Parties state:

　　1.　　Plaintiff filed the Complaint on April 1, 2025.

　　2.　　The current deadline to answer or otherwise respond to the Complaint for each Defendant is as follows:

- RB Global, Inc.: June 9, 2025
- Rouse Services, LLC: April 28, 2025
- United Rentals, Inc.: April 29, 2025
- Sunbelt Rentals, Inc.: June 9, 2025

- 1 -

- HERC Holdings Inc.: April 29, 2025

- HERC Rentals, Inc.: April 29, 2025

- H&E Equipment Services, Inc.: April 29, 2025

- Sunstate Equipment Co., LLC: April 29, 2025

3. The Parties have agreed that it would be more efficient to proceed with a single consolidated deadline for all Defendants to answer or otherwise respond to the Complaint.

4. The Parties have agreed that the deadline for all Defendants to answer or otherwise respond to the Complaint is extended to June 9, 2025.

5. No party objects to the requested extension.

6. This extension is without prejudice to and in anticipation of a later stipulation adjusting the schedule further and addressing additional process issues.

7. Specifically, two related actions have been filed in this District: (a) *Immediate Appliance Service, Inc. v. RB Global, Inc., et al.*, Case No. 1:25-cv-04139, filed on April 16, 2025; and (b) *Kris Swanson Construction LLC v. RB Global, Inc., et al.*, Case No. 1:25-cv-04236, filed on April 17, 2025. The Parties expect there to be further coordination needed with these cases and any other related actions, including the filing of a consolidated complaint and a common deadline for all defendants to answer or otherwise respond to that complaint.

8. This extension should not be construed as a waiver of Defendants' challenges to this Court's jurisdiction, Defendants' rights to compel arbitration, or any other of Defendants' procedural or substantive rights.

The Parties respectfully request that the Court enter an order granting the extension for Defendants to answer or otherwise respond to the Complaint, as set forth above.

| | |
|---|---|
| Dated: April 22, 2025 | Respectfully submitted, |
| **EDELSON PC** | **VINSON & ELKINS LLP** |
| */s/ Natasha J. Fernández-Silber* (w/ permission) | */s/ Michael W. Scarborough* |
| Natasha J. Fernández-Silber (*pro hac vice*)<br>Abby Lemert<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654 81<br>Tel: (312) 589-6370<br>Fax: (312) 589-6378<br>nfernandezsilber@edelson.com<br>alemert@edelson.com<br><br>Sarah R. LaFreniere (*pro hac vice*)<br>1255 Union St. NE, Suite 850<br>Washington, DC 20002<br>Tel: (202) 270-4777<br>Fax: (312) 589-6378<br>slafreniere@edelson.com<br><br>**BERGER MONTAGUE PC**<br>Eric L. Cramer (*pro hac vice*)<br>Michaela Wallin (*pro hac vice*)<br>Zachary D. Caplan (*pro hac vice*)<br>Sarah Zimmerman (*pro hac vice*)<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>ecramer@bm.net<br>mwallin@bm.net<br>zcaplan@bm.net<br>szimmerman@bm.net<br><br>Daniel J. Walker (*pro hac vice*)<br>1001 G Street, NW, Suite 400 East<br>Washington, DC 20001<br>Tel: (202) 559-9740<br>dwalker@bm.net<br><br>**HAUSFELD LLP**<br>Gary I. Smith, Jr. (*pro hac vice*)<br>580 California Street, 12th Floor<br>San Francisco, CA 94101<br>Tel: (415) 633-1908<br>gsmith@hausfeld.com | Michael W. Scarborough (*pro hac vice*)<br>Dylan I. Ballard (*pro hac vice*)<br>555 Mission Street<br>Suite 2000<br>San Francisco, CA 94105<br>Tel: (415) 979-6900<br>Fax: (415) 651-8786<br>mscarborough@velaw.com<br>dballard@velaw.com<br><br>Stephen M. Medlock<br>2200 Pennsylvania Ave., N.W.<br>Suite 500 W<br>Washington, D.C. 20037<br>Tel: (202) 639-6500<br>Fax: (202) 639-6604<br>smedlock@velaw.com<br><br>Nicole L. Castle (*pro hac vice*)<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 237-0000<br>Fax: (212) 237-0100<br>ncastle@velaw.com<br><br>*Counsel For Defendants RB Global, Inc. and Rouse Services, LLC* |

| | |
|---|---|
| Swathi Bojedla (*pro hac vice*)<br>1200 17th Street N.W., Suite 600<br>Washington, DC 20036<br>Tel: (202) 540-7200<br>sbojedla@hausfeld.com<br><br>*Counsel for Plaintiff AXG Roofing, LLC and the Proposed Class* | /s/ James H. Weingarten (w/ permission)<br>James H. Weingarten (*pro hac vice*)<br>Anastasia Pastan (*pro hac vice*)<br>Rosa Baum (*pro hac vice*)<br>**MILBANK LLP**<br>1850 K Street NW<br>Suite 1100<br>Washington, DC 20006<br>Tel: (202) 835-7500<br>Fax: (202) 835-7586<br>jweingarten@milbank.com<br>apastan@milbank.com<br>rbaum@milbank.com<br><br>*Counsel for Defendant*<br>*H&E Equipment Services, Inc.* |
| /s/ Corey W. Roush (w/ permission)<br>Corey W. Roush (*pro hac vice forthcoming*)<br>Taylor Randleman (*pro hac vice forthcoming*)<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8000<br>corey.roush@sidley.com<br>taylor.randleman@sidley.com<br><br>Tom A. Paskowitz (*pro hac vice forthcoming*)<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5832<br>tpaskowitz@sidley.com<br><br>*Counsel For Defendants HERC Rentals Inc. and HERC Holdings Inc.* | /s/ Ryan P. Phair (w/ permission)<br>Ryan P. Phair<br>Michael F. Murray (*pro hac vice forthcoming*)<br>Christopher C. Brewer (*pro hac vice forthcoming*)<br>**PAUL HASTINGS LLP**<br>2050 M Street NW<br>Washington, DC 20036<br>Tel.: (202) 551-1751<br>ryanphair@paulhastings.com<br>michaelmurray@paulhastings.com<br>chrisbrewer@paulhastings.com<br><br>*Counsel for Defendant Sunbelt Rentals, Inc.* |

| | |
|---|---|
| /s/ Steven L. Holley (w/ permission) | /s/ Devora W. Allon (w/ permission) |
| Steven L. Holley (*pro hac vice forthcoming*) | Devora W. Allon, P.C. |
| Bradley P. Smith (*pro hac vice forthcoming*) | **KIRKLAND & ELLIS LLP** |
| Christopher A. Graham (*pro hac vice forthcoming*) | 601 Lexington Avenue |
| **SULLIVAN & CROMWELL LLP** | New York, New York 10022 |
| 125 Broad Street | Telephone: (212) 446-5967 |
| New York, NY 10004 | Facsimile: (212) 446-4900 |
| Tel: (212) 558-4000 | devora.allon@kirkland.com |
| Fax: (212) 558-3588 | |
| holleys@sullcrom.com | *Attorneys for Defendant* |
| smithbr@sullcrom.com | *Sunstate Equipment Co., LLC* |
| grahamch@sullcrom.com | |

Adam S. Paris (*pro hac vice forthcoming*)
1888 Century Park East
Los Angeles, CA 90067
Tel: (310) 712-6600
Fax: (310) 712-8800
parisa@sullcrom.com

James F. Herbison
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
jherbiso@winston.com

*Attorneys for Defendant*
*United Rentals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Michael W. Scarborough*
Michael W. Scarborough