UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE CONSTRUCTION EQUIPMENT ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>25-cv-5951 (currently pending before the Hon. Mary M. Rowland) | Case No. 25-cv-03487<br><br>Hon. Sara L. Ellis |

**NOTICE OF PRESENTMENT FOR PLAINTIFFS' UNOPPOSED MOTION
TO CONSOLIDATE AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to Local Rule 5.3(b), Plaintiffs AXG Roofing, LLC ("AXG"), the named plaintiff

in *AXG Roofing, LLC v. RB Global, Inc., et al.*, No. 25-cv-3487 (N.D. Ill.) and Ultra Home Set,

LLC, the named plaintiff in *Ultra Home Set, LLC v. RB Global Inc. et al.*, No. 25-cv-5951 (N.D.

Ill.) ("*Ultra Home*"), respectfully submit this Notice of Presentment relating to Plaintiffs'

Unopposed Motion to Consolidate and Support Memorandum of Law.  Plaintiffs will present this

Motion on Tuesday, July 1, 2025, at 9:45 am via teleconference, unless otherwise ordered by the

Court.

Dated: June 16, 2025

Respectfully submitted,

*/s/ Zachary D. Caplan*
**BERGER MONTAGUE PC**
Zachary D. Caplan
Eric L. Cramer
Michaela L. Wallin
Sarah R. Zimmerman
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
zcaplan@bm.net
ecramer@bm.net
mwallin@bm.net
szimmerman@bm.net

Daniel J. Walker
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9740
dwalker@bm.net

**EDELSON PC**
Natasha J. Fernández-Silber*
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654 81
Tel: (312) 589-6370
Fax: (312) 589-6378
nfernandezsilber@edelson.com
*Admitted in New York and Michigan

Sarah R. LaFreniere
Brandon Baum-Zepeda**
1255 Union St. NE, Suite 850
Washington, DC 20002
Tel: (202) 270-4777
Fax: (312) 589-6378
slafreniere@edelson.com
bbaum-zepeda@edelson.com
**not admitted to practice in DC; practice
authorized by D.C. Rule 49(c)(3)

**HAUSFELD LLP**
Gary I. Smith, Jr.
580 California Street, 12th Floor
San Francisco, CA 94101
Tel: (415) 633-1908
gsmith@hausfeld.com

Swathi Bojedla
1200 17th Street N.W., Suite 600
Washington, DC 20036
Tel: (202) 540-7200
sbojedla@hausfeld.com

*Counsel for Plaintiff AXG Roofing, LLC, and the
Proposed Class*

2

**ROBERTS LAW FIRM US, PC**
Erich P. Schork
Michael L. Roberts
Dr. Kelly A. Rinehart
Morgan Mackey
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
Tel: (501) 821-5575
erichschork@robertslawfirm.us
mikeroberts@robertslawfirm.us
kellyrinehart@robertslawfirm.us
morganhunt-mackey@robertslawfirm.us

*Counsel for Plaintiff Ultra Home Set, LLC, and the
Proposed Class*