**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

AXG Roofing, LLC, et al.
                               Plaintiff,

v.                                        Case No.: 1:25−cv−03487
                                                         Honorable Sara L. Ellis

RB Global, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2025:

       MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion to withdraw the appearance of counsel [84] and withdraws the appearance of Carrie A. Syme as counsel for Plaintiff. The Court grants Plaintiffs' motion to consolidate [86]. The Court finds that *Ultra Home Set, LLC v. RB Global Inc. et al.*, No. 25−cv−5951 (N.D. Ill.) is related to *In re Construction Equipment Antitrust Litigation*, No. 25−cv−3487 (N.D. Ill.). Thus, the Court consolidates *Ultra Home Set, LLC v. RB Global Inc. et al.*, No. 25−cv−5951 (N.D. Ill.) with *In re Construction Equipment Antitrust Litigation*, No. 25−cv−3487 (N.D. Ill.). No appearance required on 7/1/2025. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.