**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: CONSTRUCTION EQUIPMENT ANTITRUST LITIGATION | Case No. 1:25-cv-03487<br><br>Hon. Sara L. Ellis |

**DEFENDANT UNITED RENTALS, INC.'S**
**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant United Rentals, Inc. ("URI") respectfully moves this Court for leave to withdraw the appearance of Bradley P. Smith as one of its attorneys of record in this matter. After August 1, 2025, Mr. Smith will no longer be associated with Sullivan & Cromwell LLP. This withdrawal will cause no undue delay nor prejudice the parties, as URI will continue to be represented by all other counsel with appearances on file.

DATED: July 25, 2025

Respectfully submitted,

/s/ *James F. Herbison*
James F. Herbison, #6275116
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
jherbiso@winston.com

*Attorney for Defendant United Rentals, Inc.*