# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

AXG Roofing, LLC, et al.
                  Plaintiff,

v.
                  Case No.: 1:25−cv−03487
                  Honorable Sara L. Ellis

RB Global, Inc., et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: In−court hearing on pending motions for interim class counsel [104], [105], [107], [111], [112], [113] held on 09/09/2025. The Court takes the parties' briefing and arguments under advisement. Ruling date and in−person status hearing set for 10/08/2025 at 1:30 PM. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.