AXG Roofing, LLC, et al.
                       Plaintiff,

v.                                                         Case No.: 1:25−cv−03487
                                                                    Honorable Sara L. Ellis

RB Global, Inc., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 10, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 10/8/2025. The Court appoints DiCello Levitt LLP and Berger & Montague, P.C. as co−lead counsel. Plaintiff Steering Committee will contain Lockridge Grindal Nauen P.L.L.P, Fegan Scott, LLC, Gustafson Gluek PLLC, Garwin Gerstein & Fisher LLP, Cuneo Gilbert & LaDuca, LLP, and Samantha M. Gupta of Freed Kanner London & Millen LLC. Plaintiff's consolidated amended complaint is due by 11/7/2025. Defendant's motions to dismiss are due by 1/9/2026; Plaintiff's response due by 3/12/2026; and Defendant's reply due by 4/27/2026. Ruling date set for 7/28/2026 at 9:30 AM. The parties should file a joint status report on discovery by 11/21/2025. Status hearing is set for 12/2/2025 at 10:30 AM. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.