UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE CONSTRUCTION EQUIPMENT ANTITRUST LITIGATION<br><br>THIIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 1:25-cv-03487<br><br>MDL No. 3152 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Plaintiff 2nd Gen Plumbing, LLC respectfully requests that Alicia Sandoval be permitted to withdraw as counsel for Plaintiff in this matter. Ms. Sandoval has changed employment and is no longer with the law firm of Spector Roseman & Kodroff, P.C. The granting of this motion will not impose delay or affect any deadlines in the case. Plaintiff 2nd Gen Plumbing, LLC will continue to be represented by other counsel of record, including the undersigned.

Dated: November 18, 2025          Respectfully submitted,

/s/ William G. Caldes
William G. Caldes (*Pro Hac Vice*)
Jeffrey L. Spector (*Pro Hac Vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
BCaldes@srkattorneys.com
JSpector@srkattorneys.com

*Interim Lead Class Counsel for Indirect Purchaser Plaintiffs and the Proposed Indirect Purchaser Class*

**CERTIFICATE OF SERVICE**

      I hereby certify than on November 18, 2025 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

      /s/ *William G. Caldes*
      William G. Caldes