**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: CONSTRUCTION EQUIPMENT RENTAL ANTITRUST LITIGATION | Case No. 1:25-cv-03487 <br> MDL No. 3152 |
| This Document Relates To: <br><br> ALL ACTIONS | Hon. Sara L. Ellis |

**DEFENDANT RB GLOBAL INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant RB Global, Inc. ("RB Global"), by and through counsel, respectfully moves this Court for an order dismissing all of Plaintiffs' claims with prejudice as to RB Global. In support of this Motion, RB Global concurrently submits a Memorandum in Support, and states as follows:

1. RB Global adopts and incorporates the arguments set forth in the contemporaneously filed Defendants' Joint Motion to Dismiss and Memorandum in Support as additional grounds for dismissal of RB Global.

2. Plaintiffs fail to allege that RB Global itself entered into, participated in, or was otherwise involved in an unlawful agreement or conspiracy.

3. Plaintiffs fail to allege any facts suggesting that RB Global took any actions in connection with the provision of the Rouse Rental Insights ("RRI") product by Rouse Analytics, LLC and Rouse Services, LLC (together, "Rouse") to the Rental Equipment Defendants.

4. Plaintiffs' group pleading allegations are legally deficient and, in any event, cannot fairly be considered applicable to RB Global.

5. RB Global is a separate corporate entity from its Rouse subsidiaries.

1

6. Plaintiffs' boilerplate allegation of "control" fails to provide any basis to hold RB Global liable for the supposed actions of its Rouse subsidiaries.

7. Plaintiffs fail to allege the requisite elements of the alter ego doctrine and thus fail to provide any basis to hold RB Global liable for the supposed actions of its Rouse subsidiaries.

8. On January 6, 2026, Michael W. Scarborough, counsel for RB Global, conferred via videoconference with Alexander Barnett and Zachary D. Caplan, counsel for Plaintiffs, regarding this Motion. The parties discussed whether they could reach an accord and made good faith attempts to resolve differences but were unable to reach agreement.

9. RB Global respectfully requests oral argument on its Motion.

**WHEREFORE**, RB Global respectfully requests that the Court enter an order granting dismissal of RB Global with prejudice.

Dated: January 9, 2026

Respectfully submitted,

By */s/ Michael W. Scarborough*
Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Stephen M. Medlock
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com

Nicole L. Castle (*pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*Counsel For Defendants*
*RB Global, Inc., Rouse Services, LLC,*
*and Rouse Analytics, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2026, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

                                                  */s/ Michael W. Scarborough*
                                                  MICHAEL W. SCARBOROUGH