UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CONSTRUCTION EQUIPMENT RENTAL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:25-cv-3487<br>MDL No. 3152<br><br>Hon. Sara L. Ellis |

**PARTIES' JOINT MOTION
TO ENTER CASE MANAGEMENT ORDER NO. 2
AGREED CONFIDENTIALITY ORDER**

The Parties herein respectfully move for entry of Case Management Order No. 2 Agreed Confidentiality Order.

In support of the Motion, the Parties state as follows:

1. The Confidentiality Order was negotiated and agreed upon by the Parties to facilitate the exchange of confidential documents and information in connection with this Action.

2. The Confidentiality Order is necessary because some documents that the Parties contemplate will be exchanged herein contain information protected from disclosure by law, including private and protected financial information, confidential regulatory information, and/or commercially sensitive information, disclosure of which could result in violation of law or harm to the Parties.

3. The Parties note that consistent with the Court's case management procedures and policies, the Parties are contemporaneously submitting to the Court's proposed order email address: (a) a PDF copy of the proposed Confidentiality Order (with redlining and comment bubbles to indicate deletions and additions to the text in the Model Confidentiality Order (Form LR 26.2)) and (b) an MS Word copy of the proposed Confidentiality Order in clean.

Accordingly, the Parties respectfully request the Court enter Case Management No. 2 Agreed Confidentiality Order (attached as Exhibit A).

Dated: January 16, 2026                            Respectfully submitted,

| | |
|---|---|
| */s/ Alexander E. Barnett* | */s/ Zachary D. Caplan* |
| DICELLO LEVITT LLP | BERGER MONTAGUE PC |
| Gregory S. Asciolla | Eric L. Cramer |
| Alexander E. Barnett | Zachary D. Caplan |
| Jay R. Wexler | Michaela L. Wallin |
| 485 Lexington Avenue, Suite 1001 | Julia McGrath |
| New York, NY 10017 | Sarah R. Zimmerman |
| Tel: (646) 933-1000 | 1818 Market Street, Suite 3600 |
| gasciolla@dicellolevitt.com | Philadelphia, PA 19103 |
| abarnett@dicellolevitt.com | Tel: (215) 875-3000 |
| jwexler@dicellolevitt.com | ecramer@bergermontague.com |
| | zcaplan@bergermontague.com |
| Adam J. Levitt | mwallin@bergermontague.com |
| Ten North Dearborn Street, 6th Floor | jmcgrath@bergermontague.com |
| Chicago, IL 60602 | szimmerman@bergermontague.com |
| alevitt@dicellolevitt.com | |
| | Daniel J. Walker |
| | 1001 G Street, NW, Suite 400 East |
| | Washington, DC 20001 |
| | dwalker@bergermontague.com |

*Interim Co-Lead Class Counsel*

By /s/  Matthew M. Martino
Matthew M. Martino (*pro hac vice*)
Karen Hoffman Lent (*pro hac vice*)
Michael H. Menitove (*pro hac vice*)
Michael A. Lanci (*pro hac vice*)
Elizabeth R. Peled (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001-8602
Tel.: 212-735- 2402
matthew.martino@skadden.com
karen.lent@skadden.com
michael.menitove@skadden.com
michael.lanci@skadden.com
elizabeth.peled@skadden.com

Amy L. Van Gelder
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
320 South Canal Street
Chicago, Illinois 60606
Tel.: 312-407-0903
amy.vangelder@skadden.com

*Counsel for Defendant Sunstate Equipment Co., LLC*

By /s/ Michael W. Scarborough
Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Stephen M. Medlock
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com

Nicole L. Castle (*pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*Counsel For Defendants*
*RB Global, Inc., Rouse Services, LLC,*
*and Rouse Analytics, LLC*


By /s/  Corey W. Roush
Corey W. Roush
**SIDLEY AUSTIN LLP**
1501 K Street NW
Washington, DC 20005
Tel.: (202) 736-8624
corey.roush@sidley.com

Tom Paskowitz
Taylor N. Randleman

By /s/  Steven L. Holley
Steven L. Holley
Christopher A. Graham
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel.: (212) 558-4000
holleys@sullcrom.com
grahamch@sullcrom.com

3

| | |
|---|---|
| **SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel.: (212) 839-5832<br>tpaskowitz@sidley.com<br>taylor.randleman@sidley.com | Adam S. Paris<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Tel.: (310) 712-6663<br>parisa@sullcrom.com |

*Counsel for Defendants HERC Holdings Inc., HERC Rentals Inc., and H&E Equipment Services, Inc.*

James F. Herbison
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5909
jherbiso@winston.com

By /s/  *Ryan Phair*
Ryan Phair
Christopher C. Brewer
Michael F. Murray
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Tel.: (202) 551-1700
ryanphair@paulhastings.com
chrisbrewer@paulhastings.com
michaelmurray@paulhastings.com

*Counsel for Defendants United Rentals, Inc. and United Rentals (North America), Inc.*

*Counsel for Defendant Sunbelt Rentals, Inc.*

By /s/  *Kenneth M. Kliebard*
Kenneth M. Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000
kenneth.kliebard@morganlewis.com

By /s/  *David C. Kiernan*
David C. Kiernan
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Tel.: (415) 626-3939
dkiernan@jonesday.com

Zachary M. Johns (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5000
zachary.johns@morganlewis.com

Caroline Van Wagoner
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Tel.: 858-314-1200
cvanwagoner@jonesday.com

Rishi P. Satia (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower

Erica E. Duff
**JONES DAY**
110 N. Wacker Dr., Suite 4800

San Francisco, CA 94105-1596
(415) 442-1000
rishi.satia@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 739-3000
clay.everett@morganlewis.com

*Counsel for Defendant*
*EquipmentShare.com Inc.*

Chicago, IL 60606
Tel.: (312) 269-1511
eduff@jonesday.com

Ronan P. Doherty
Ben W. Thorpe
**BONDURANT MIXSON & ELMORE LLP**
1201 West Peachtree Street NW Suite 3900
Atlanta, GA 30309
T: (404) 881-4100
doherty@bmelaw.com
bthorpe@bmelaw.com

*Counsel for Defendant The Home Depot U.S.A., Inc.*