IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Construction Equipment Rental Antitrust Litigation,<br><br>Plaintiff(s),<br><br>v.<br><br>Defendant(s). | Case No. 25-cv-3487<br>Judge Sara L. Ellis |

### ORDER

Motion for leave to appear pro hac vice [216] is granted.

Date: 2/5/2026 /s/ Sara L. Ellis