# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: CONSTRUCTION EQUIPMENT ANTITRUST LITIGATION | Case No. 1:25-cv-03487 <br><br> MDL No. 3152 <br><br> Hon. Sara L. Ellis |

### DEFENDANT UNITED RENTALS, INC.'S
### MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant United Rentals, Inc. ("URI") respectfully moves this Court for leave to withdraw the appearance of Christopher A. Graham as one of its attorneys of record in this matter. After February 20, 2026, Mr. Graham will no longer be associated with Sullivan & Cromwell LLP. This withdrawal will cause no undue delay or prejudice to the parties, because URI will continue to be represented by all other counsel with appearances on file.

Dated:  February 20, 2026

Respectfully submitted,

 /s/ *James F. Herbison*
James F. Herbison, #6275116
WINSTON & STRAWN LLP
300 North LaSalle Drive, Suite 4400
Chicago, IL 60654
Telephone: (312) 558-5600
jherbiso@winston.com

*Attorney for Defendant United Rentals, Inc.*