**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: Construction Equipment Rental Antitrust Litigation, | |
| Plaintiff(s), | Case No.  25-cv-3487 |
| v. | Judge Sara L. Ellis |
| , | |
| Defendant(s). | |

**ORDER**

Motion for leave to appear pro hac vice [237] is granted.


Date:  4/2/2026                                       /s/ Sara L. Ellis