**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: CONSTRUCTION EQUIPMENT RENTAL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:25-cv-3487<br>MDL No. 3152<br><br>Hon. Sara L. Ellis |

**PLAINTIFFS' [[PROPOSED]] NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF THEIR OPPOSITIONS
TO DEFENDANTS' MOTIONS TO DISMISS**

As additional support for their oppositions to Defendants' various motions to dismiss, Dkt. Nos. 223–30, Plaintiffs respectfully submit this Notice of Supplemental Authority to notify the Court of the Memorandum and Order on Defendants' Motion to Dismiss in *In re: Zelis Repricing Antitrust Litigation*, No. 25-10734-BEM, ECF No. 185 (D. Mass. March 30, 2026) (the "Order"). A copy of Judge Murphy's Order is attached hereto as Exhibit A.

Like the instant case, *Zelis* is a putative class action concerning allegations of algorithmic price-fixing among geographically dispersed competitors through a common intermediary. *See* Order at 4–5. As in *Zelis*, in the instant case, Plaintiffs allege that Rental Company Defendants delegate pricing authority to a common intermediary which uses the competitors' confidential information to generate forward-looking prices that the Rental Company Defendants adhere to, resulting in higher costs for consumers. In their motions to dismiss, Defendants argue: (i) that Plaintiffs' claims cannot proceed under a *per se* theory, *see* ECF No. 204-1 at 13–28; (ii) that Plaintiffs fail to allege parallel conduct, *see id*. at 17–20; (iii) that Plaintiffs insufficiently allege "plus factors" implying a conspiracy, *see id*. at 20–23; ECF No. 206-1 at 9–10; (iv) that Plaintiffs fail to allege a plausible nationwide geographic market, *see* ECF No. 204-1 at 29–31; and (v) that

the Complaint lacks sufficient conduct allegations as to some Defendants, *see* ECF No. 197-1 at 5–8; ECF No. 199-1 at 6–9; ECF No. 201-1 at 9–10; ECF No. 206-1 at 4–5.

In the Order, Judge Murphy addressed nearly identical arguments to those raised by Defendants in the instant case, and on each of the five issues Judge Murphy rejected the defendants' arguments. First, Judge Murphy found that the plaintiffs had sufficiently alleged a conspiracy which would not be tolerated at all under the antitrust laws. Order at 13–14. Second, Judge Murphy found that the plaintiffs adequately alleged parallel conduct in the use of a common intermediary's pricing tool. *Id*. at 15–17. Third, Judge Murphy held that the plaintiffs adequately alleged plus factors, including information exchange, pricing conduct that would be against self-interest absent a conspiracy, and motive to hide such conspiracy. *Id*. Fourth, Judge Murphy found that the alleged nationwide geographic market was plausible given the nationwide conduct of the defendants and the fact that users seek services nationwide, even if it was less common. *Id*. at 17–20. Finally, Judge Murphy rejected a defendant's arguments that there were insufficient individual allegations against it because the complaint taken as a whole—as it must be—sufficiently established the defendant's participation in the plausibly pled conspiracy to fix prices. *Id*. at 20–21. On each of these issues, Judge Muphy's reasoning is sound and his conclusions are proper.

Therefore, Plaintiffs respectfully submit this Notice of Supplemental Authority in support of the arguments advanced in Plaintiffs' oppositions to Defendants' motions to dismiss, as this Order warrants consideration by the Court.

Dated: April 21, 2026                          Respectfully submitted,

/s/ *Alexander E. Barnett*                    /s/ *Zachary D. Caplan*
DiCELLO LEVITT LLP                       BERGER MONTAGUE PC
Gregory S. Asciolla                              Eric L. Cramer
Alexander E. Barnett                           Zachary D. Caplan
Steven L. Groopman                           Michaela L. Wallin

2

Jay R. Wexler
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel: (646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
sgroopman@dicellolevitt.com
jwexler@dicellolevitt.com

Adam J. Levitt
Ten North Dearborn Street, 6th Floor
Chicago, IL 60602
alevitt@dicellolevitt.com

Julia McGrath
Sarah R. Zimmerman
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
zcaplan@bergermontague.com
mwallin@bergermontague.com
jmcgrath@bergermontague.com
szimmerman@bergermontague.com

Daniel J. Walker
1001 G Street, NW, Suite 400 East
Washington, DC 20001
dwalker@bergermontague.com

3