**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: Construction Equipment Rental
Antitrust Litigation,

Plaintiff(s),

v.

,

Defendant(s).

Case No.  25-cv-3487
Judge Sara L. Ellis

## ORDER

The Court grants Plaintiffs' motion for leave to file a notice of supplemental authority [243].  Plaintiffs should file their notice of supplemental authority as a separate entry on the docket.  The Court grants Defendants' motion for leave to file excess pages.  Defendants may file a joint reply brief of up to 21 pages.  The Court reminds Plaintiffs to notice motions for presentment on a date when the Court is sitting. Motions for leave to appear pro hac vice [242], [245] are granted.

Date:  4/27/2026

/s/ Sara L. Ellis