**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: CONSTRUCTION EQUIPMENT RENTAL ANTITRUST LITIGATION | Case No. 1:25-cv-3487 MDL No. 3152 |
| This Document Relates To: | Hon. Sara L. Ellis |
| ALL ACTIONS | |

**JOINT MOTION TO ENTER CASE MANAGEMENT ORDER NO. 3
STIPULATED ORDER REGARDING EXPERT DISCOVERY**

Plaintiffs and Defendants (collectively, the "Parties") in the above-captioned actions (collectively, the "Action"), through their respective counsel of record, hereby respectfully move for entry of Case Management Order No. 3 Stipulated Order Regarding Expert Discovery (the "Expert Stipulation").

In support of this motion, the Parties state as follows:

1. The Expert Stipulation was negotiated and agreed upon by the Parties to govern expert discovery in this Action.

2. The Expert Stipulation will facilitate expert discovery in this Action by ensuring the Parties have a mutual understanding of the scope and limitations of expert discovery, which will prevent potential disputes, reduce costs, and otherwise advance the efficient progression of this Action.

3. The Parties note that consistent with the Court's case management procedures and policies, the Parties are contemporaneously submitting to the Court's proposed order email address a copy of the proposed Expert Stipulation.

Accordingly, the Parties respectfully request the Court enter Case Management No. 3

Stipulated Order Regarding Expert Discovery (attached as Exhibit A).

Dated: May 4, 2026                                    Respectfully submitted,

/s/ Alexander E. Barnett                         /s/ Zachary D. Caplan
DICELLO LEVITT LLP                               BERGER MONTAGUE PC
Gregory S. Asciolla                              Eric L. Cramer
Alexander E. Barnett                             Zachary D. Caplan
Jay R. Wexler                                    Michaela L. Wallin
485 Lexington Avenue, Suite 1001                 Julia McGrath
New York, NY 10017                               Sarah R. Zimmerman
Tel: (646) 933-1000                              1818 Market Street, Suite 3600
gasciolla@dicellolevitt.com                      Philadelphia, PA 19103
abarnett@dicellolevitt.com                       Tel: (215) 875-3000
jwexler@dicellolevitt.com                        ecramer@bergermontague.com
                                                 zcaplan@bergermontague.com
Adam J. Levitt                                   mwallin@bergermontague.com
Ten North Dearborn Street, 6th Floor             jmcgrath@bergermontague.com
Chicago, IL 60602                                szimmerman@bergermontague.com
alevitt@dicellolevitt.com
                                                 Daniel J. Walker
                                                 1001 G Street, NW, Suite 400 East
                                                 Washington, DC 20001
                                                 dwalker@bergermontague.com

                              *Interim Co-Lead Class Counsel*

2

By /s/ Michael W. Scarborough
Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Stephen M. Medlock
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com

Nicole L. Castle (*pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*Counsel For Defendants*
*RB Global, Inc., Rouse Services, LLC,*
*and Rouse Analytics, LLC*

By /s/ Richard C. Pepperman
Richard C. Pepperman (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
peppermanr@sullcrom.com

Adam S. Paris (*pro hac vice*)
Noah P. M. Stern (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East

By /s/ Corey W. Roush
Corey W. Roush
**SIDLEY AUSTIN LLP**
1501 K Street NW
Washington, DC 20005
Tel.: (202) 736-8624
corey.roush@sidley.com

Tom Paskowitz
Taylor N. Randleman
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-5832
tpaskowitz@sidley.com
taylor.randleman@sidley.com

*Counsel for Defendants*
*HERC Rentals Inc., and H&E Equipment*
*Services, Inc.*

By /s/ Ryan P. Phair
Ryan P. Phair
Christopher C. Brewer (*pro hac vice*)
Michael F. Murray (*pro hac vice*)
Terence A. Parker
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Tel.: (202) 551-1700
ryanphair@paulhastings.com
chrisbrewer@paulhastings.com
michaelmurray@paulhastings.com
terenceparker@paulhastings.com

3

Los Angeles, CA 90067
Tel: (310) 712-6600
Fax: (310) 712-8800
parisa@sullcrom.com
sternn@sullcrom.com

*Counsel for Defendant*
*Sunbelt Rentals, Inc.*

James F. Herbison
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
jherbiso@winston.com

*Counsel for Defendants*
*United Rentals, Inc. and*
*United Rentals (North America), Inc.*

By */s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000
kenneth.kliebard@morganlewis.com

Zachary M. Johns (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5000
zachary.johns@morganlewis.com

Rishi P. Satia (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
(415) 442-1000
rishi.satia@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 739-3000
clay.everett@morganlewis.com

By */s/ Matthew M. Martino*
Matthew M. Martino (*pro hac vice*)
Karen M. Lent (*pro hac vice*)
Michael H. Menitove (*pro hac vice*)
Michael A. Lanci (*pro hac vice*)
Elizabeth R. Peled (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001-8602
Tel.: 212-735- 2402
matthew.martino@skadden.com
karen.lent@skadden.com
michael.menitove@skadden.com
michael.lanci@skadden.com
elizabeth.peled@skadden.com

Amy L. Van Gelder
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
320 South Canal Street
Chicago, Illinois 60606
Tel.: 312-407-0903
amy.vangelder@skadden.com

*Counsel for Defendant*
*Sunstate Equipment Co., LLC*

4

*Counsel for Defendant*
*EquipmentShare.com Inc.*

By */s/   David C. Kiernan*
David C. Kiernan (*pro hac vice*)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Tel.: (415) 626-3939
dkiernan@jonesday.com

Caroline Van Wagoner (*pro hac vice*)
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Tel.: 858-314-1200
cvanwagoner@jonesday.com

Erica E. Duff
**JONES DAY**
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Tel.: (312) 269-1511
eduff@jonesday.com

Ronan P. Doherty (*pro hac vice*)
Ben W. Thorpe (*pro hac vice*)
**BONDURANT MIXSON & ELMORE LLP**
1201 West Peachtree Street NW Suite 3900
Atlanta, GA 30309
T: (404) 881-4100
doherty@bmelaw.com
bthorpe@bmelaw.com

William P. Barnette (*pro hac vice*)
Peter E. Diaz (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Tel: (404) 572-4729
wbarnette@kslaw.com
pdiaz@kslaw.com

5

*Counsel for Defendant*
*Home Depot U.S.A., Inc.*