**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: CONSTRUCTION EQUIPMENT RENTAL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:25-cv-3487<br>MDL No. 3152<br><br>Hon. Sara L. Ellis |

**JOINT MOTION TO ENTER CASE MANAGEMENT ORDER NO. 4**
**ORDER REGARDING PRODUCTION OF**
**ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS**

Plaintiffs and Defendants (collectively, the "Parties") in the above-captioned actions (collectively, the "Action"), through their respective counsel of record, hereby respectfully move for entry of Case Management Order No. 4 Order Regarding Production of Electronically Stored Information and Paper Documents (the "ESI Protocol").

In support of this motion, the Parties state as follows:

1. The ESI Protocol was negotiated and agreed upon by the Parties to govern discovery in this Action.

2. The ESI Protocol will facilitate discovery in this Action by ensuring the Parties have a mutual understanding regarding the process for collecting and producing ESI and paper documents in this Action, which will prevent potential disputes, reduce costs, and otherwise advance the efficient progression of this Action.

3. The Parties note that consistent with the Court's case management procedures and policies, the Parties are contemporaneously submitting to the Court's proposed order email address a copy of the proposed ESI Protocol.

NAI-5017035652v1

Accordingly, the Parties respectfully request the Court enter Case Management No. 4 Order Regarding Production of Electronically Stored Information and Paper Documents (attached as Exhibit A).

Dated July 17, 2026

/s/ Alexander E. Barnett
DICELLO LEVITT LLP
Gregory S. Asciolla
Alexander E. Barnett
Jay R. Wexler
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel: (646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
jwexler@dicellolevitt.com

Adam J. Levitt
Ten North Dearborn Street, 6th Floor
Chicago, IL 60602
alevitt@dicellolevitt.com

Respectfully submitted,

/s/ Zachary D. Caplan
BERGER MONTAGUE PC
Eric L. Cramer
Zachary D. Caplan
Michaela L. Wallin
Julia R. McGrath
Sarah R. Zimmerman
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
zcaplan@bergermontague.com
mwallin@bergermontague.com
jmcgrath@bergermontague.com
szimmerman@bergermontague.com

*Interim Co-Lead Class Counsel*

NAI-5017035652v1

By /s/ Michael W. Scarborough
Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Stephen M. Medlock
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com

Nicole L. Castle (*pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*Counsel For Defendants*
*RB Global, Inc., Rouse Services, LLC,*
*and Rouse Analytics, LLC*

By /s/ Richard C. Pepperman
Richard C. Pepperman (pro hac vice)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
peppermanr@sullcrom.com

By /s/ Corey W. Roush
Corey W. Roush
**SIDLEY AUSTIN LLP**
1501 K Street NW
Washington, DC 20005
Tel.: (202) 736-8624
corey.roush@sidley.com

Tom Paskowitz
Taylor N. Randleman
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-5832
tpaskowitz@sidley.com
taylor.randleman@sidley.com

*Counsel for Defendants*
*HERC Rentals Inc., and H&E Equipment*
*Services, Inc.*

By /s/ Ryan P. Phair
Ryan P. Phair
Christopher C. Brewer (*pro hac vice*)
Michael F. Murray (*pro hac vice*)
Terence A. Parker
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Tel.: (202) 551-1700
ryanphair@paulhastings.com
chrisbrewer@paulhastings.com
michaelmurray@paulhastings.com
terenceparker@paulhastings.com

*Counsel for Defendant*
*Sunbelt Rentals, Inc.*

NAI-5017035652v1

Adam S. Paris (*pro hac vice*)
Noah P. M. Stern (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
Tel: (310) 712-6600
Fax: (310) 712-8800
parisa@sullcrom.com
sternn@sullcrom.com

James F. Herbison
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
jherbiso@winston.com

*Counsel for Defendants*
*United Rentals, Inc. and*
*United Rentals (North America), Inc.*


*By /s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000
kenneth.kliebard@morganlewis.com

Zachary M. Johns (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5000
zachary.johns@morganlewis.com

Rishi P. Satia (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
(415) 442-1000
rishi.satia@morganlewis.com

*By /s/ Matthew M. Martino*
Matthew M. Martino (*pro hac vice*)
Karen M. Lent (*pro hac vice*)
Michael H. Menitove (*pro hac vice*)
Michael A. Lanci (*pro hac vice*)
Elizabeth R. Peled (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001-8602
Tel.: 212-735- 2402
matthew.martino@skadden.com
karen.lent@skadden.com
michael.menitove@skadden.com
michael.lanci@skadden.com
elizabeth.peled@skadden.com

Amy L. Van Gelder
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
320 South Canal Street
Chicago, Illinois 60606
Tel.: 312-407-0903
amy.vangelder@skadden.com

*Counsel for Defendant*
*Sunstate Equipment Co., LLC*



*By /s/ David C. Kiernan*
David C. Kiernan (*pro hac vice*)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Tel.: (415) 626-3939
dkiernan@jonesday.com

Caroline Van Wagoner (*pro hac vice*)
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Tel.: 858-314-1200
cvanwagoner@jonesday.com

J. Clayton Everett, Jr. (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 739-3000
clay.everett@morganlewis.com

*Counsel for Defendant*
*EquipmentShare.com Inc*.

Oren R. Depp
**JONES DAY**
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Tel.: (312) 269-4208
odepp@jonesday.com

Ronan P. Doherty (*pro hac vice*)
Ben W. Thorpe (*pro hac vice*)
**BONDURANT MIXSON &**
**ELMORE LLP**
1201 West Peachtree Street NW Suite 3900
Atlanta, GA 30309
T: (404) 881-4100
doherty@bmelaw.com
bthorpe@bmelaw.com

William P. Barnette (*pro hac vice*)
Peter E. Diaz (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Tel: (404) 572-4729
wbarnette@kslaw.com
pdiaz@kslaw.com

*Counsel for Defendant*
*Home Depot U.S.A., Inc.*

NAI-5017035652v1